Bert Briones (SBN 237594)
**RED HILL LAW GROUP, P.C.**
2875 Michelle Drive, Suite 325
Irvine, California 92606
Tel:  (714) 604-4220
Fax:  (714) 464-4627
Email: bb@redhilllawgroup.com

Attorneys for Debtor

FILED & ENTERED

JUN 19 2013

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>PETER SZANTO,<br><br>Debtor. | Case No. 8:13-bk-11148-CB<br><br>Chapter 13<br><br>**ORDER DENYING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11**<br><br>DATE:   June 13, 2013<br>TIME:   1:30 p.m.<br>CTRM:  5D<br>PLACE:  411 West Fourth Street<br>         Santa Ana, CA 92701 |

**IT IS ORDERED THAT** that the Debtor's Motion to Convert Case Under 11 U.S.C. §1307 (d), filed as Docket Number 75, requesting that the case be converted to one under Chapter 11 is DENIED.

###

Date: June 19, 2013

Catherine Bauer
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER DENYING DEBTOR'S MOTION TO CONVERT CASE TO CHAPTER 11** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** - Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (*date*) **June 19, 2013**, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Robert W Bishop    bankruptcy@assetacceptance.com
- Bert Briones    ecfmailonly@gmail.com, bb@redhilllawgroup.com
- Amrane (SA) Cohen (TR)    efile@ch13ac.com
- Nina Z Javan    njavan@pralc.com, cmartin@pralc.com
- Bonni S Mantovani    cmartin@pralc.com
- Maria V Means    maria.means@bankofamerica.com
- Raymond F Moats    colcaecf@weltman.com
- Cassandra J Richey    cmartin@pralc.com
- Ryan P Spitalnick    bnc@amslca.com, vaguirre@amslca.com
- Maria Thompson    maria.thompson1@usbank.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Katherine S Walker    bnc@amslca.com, vaguirre@amslca.com

☐ Service information continued on attached page

**2. SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following persons and/or entities at the addresses indicated below:

Peter Szanto
11 Shore Pine Dr
Newport Beach, CA 92657

☐ Service information continued on attached page

**3. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page